# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0892
L.T. Case No. 2024-27566-COCI

_____

RICHARD A. BLACK,

    Appellant,

    v.

TOP FLIGHT PROPERTIES II, LLC,
and SARAH DONAVAN BLACK
n/k/a Sarah Donovan,

    Appellees.

_____

On appeal from the County Court for Volusia County.
Robert Anthony Sanders, Jr., Judge.

Richard A. Black, Port Orange, pro se.

No Appearance for Appellees.

June 17, 2025

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

MAKAR, EISNAUGLE, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____